IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN S. SEEFELDT,

        Plaintiff,               No. CIV S-10-0263 KJM P

   vs.

CALIFORNIA FORENSIC
MEDICAL GROUP, et al.,         <u>ORDER AND</u>

        Defendants.        <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        A review of court records indicates that the complaint filed in this case is the same as the complaint filed in CIV-S-10-0247 GGH P. Because that case was filed first, the court will recommend that this case be dismissed.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a District Judge to this case; and

        IT IS HEREBY RECOMMENDED that this action be dismissed.

        These findings and recommendations are submitted to a United States District Judge pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the

1

court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: February 11, 2010.

                              U.S. MAGISTRATE JUDGE

1
seef0263.dup