IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN S. SEEFELDT,

    Plaintiff,                      No. CIV S-10-0263 KJM P

    vs.

CALIFORNIA FORENSIC
MEDICAL GROUP, et al.,            ORDER AND

    Defendants.              FINDINGS AND RECOMMENDATIONS

_____/

        A review of court records indicates that the complaint filed in this case is the same as the complaint filed in CIV-S-10-0247 GGH P. Because that case was filed first, the court will recommend that this case be dismissed.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a District Judge to this case; and

        IT IS HEREBY RECOMMENDED that this action be dismissed.

        These findings and recommendations are submitted to a United States District Judge pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the

1  court and serve a copy on all parties. Such a document should be captioned "Objections to
2  Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file
3  objections within the specified time may waive the right to appeal the District Court's order.
4  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
5  DATED: February 11, 2010.

_____
U.S. MAGISTRATE JUDGE

1
seef0263.dup